UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-173-KKM-NHA

GARY MISAEL PAVON-ARDON

## NOTICE OF CORPORATE INTERESTED PARTY

Pursuant to this Court's Standing Order (Doc. 4), the following corporate entity is an interested party:

Archer Western-de Moya Group Joint Venture II

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Christopher F. Murray
Christopher F. Murray
Assistant United States Attorney
United States Attorney No. 095
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Christopher.Murray@usdoj.gov

U.S. v. PAVON-ARDON                     Case No. 8:24-cr-173-KKM-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel.

        /s/ Christopher F. Murray
        Christopher F. Murray
        Assistant United States Attorney
        United States Attorney No. 095
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Christopher.Murray@usdoj.gov